UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | '06 JUN -6 P 4:39 |
| Plaintiff, | |
| v. | Case No. 06-CR- [T. 29 U.S.C. § 501(c)] |
| FELIX A. ROBINSON, | 06 CR 133 |
| Defendant. | **INDICTMENT** |

---

**THE GRAND JURY CHARGES:**

1. At all times relevant to this indictment:

   a. Local 84101 of the Industrial Division of the Communication Workers of America (IUE-CWA Local 84101), located in Milwaukee, Wisconsin, was a labor organization engaged in an industry affecting commerce.

   b. The defendant, Felix A. Robinson, was the president of IUE-CWA Local 84101.

2. During the period from approximately February, 2001 through March, 2004, in the State and Eastern District of Wisconsin,

**FELIX A. ROBINSON**

did knowingly embezzle and unlawfully and willfully convert to his own use and the use of another, approximately $5,700 belonging to IUE-CWA Local 84101.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
Foreperson

6-6-06
Date

_____
STEVEN M. BISKUPIC
United States Attorney